IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR413-220 |
| | ) | |
| DANIEL JOHN WISE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Daniel J. Wise's request for early termination. (Doc. 20.) After careful consideration and consultation with probation, this request is **DENIED**.

SO ORDERED this 25th day of September 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of GA
Filed In Office
9/25/2017
Deputy Clerk